Andrew N. Kohn, Esq., SBN 166385
Allen Theweny, Esq., SBN 326032
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, California  92130-2051
Tel:   (858) 755-8500
Fax:   (858) 755-8504
Email: akohn@pettitkohn.com
           atheweny@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELAZQUEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation; PROTEA PROPERTIES, LLC, a Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.  **'23 CV 0027 JM   JLB**<br><br>**NOTICE OF LODGMENT OF STATE COURT FILE**<br><br>Courtroom:<br>Judge:<br>Magistrate Judge:<br>Filed:             June 6, 2022<br>Trial Date: |

TO PLAINTIFF LORENA VELAZQUEZ AND HER ATTORNEY OF RECORD:

Defendant WALMART INC. hereby lodges with the Court a true and correct copy of the state court file in this matter, Superior Court of California, County of San Diego, Civil Case No. 37-2022-00021526-CU-PO-CTL.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  January 6, 2023          By   /s/ Allen Theweny
                                                    Andrew N. Kohn, Esq.
                                                    Allen Theweny, Esq.
                                                    Attorneys for Defendant
                                                    **WALMART INC.**

1

*LORENA VELASQUEZ V. WALMART INC., ET AL.*

**NOTICE OF REMOVAL**
**INDEX OF STATE COURT DOCUMENTS**

| EXHIBIT | DESCRIPTION | PAGE NUMBER |
|---------|-------------|-------------|
| A | Complaint | 2 |
| B | Civil Cover Sheet | 8 |
| C | Summons | 10 |
| D | First Amended Complaint | 11 |
| E | Summons on First Amended Complaint | 18 |
| F | Proof of Service of Summons on First Amended Complaint on Protea Properties, LLC | 19 |
| G | Proof of Service of Summons on First Amended Complaint on Walmart Inc. | 21 |
| H | Amendment to Complaint | 23 |
| I | Proof of Service of Summons on First Amended Complaint on Wal-Mart Real Estate Business Trust | 24 |
| J | Case Management Statement filed by Plaintiff Lorena Velazquez | 26 |
| K | Answer of Defendant Walmart Inc. | 31 |
| L | Case Management Statement filed by Defendant Walmart Inc. | 39 |
| M | Notice of Jury Fee Deposit on Behalf of Defendant Walmart Inc. | 47 |
| N | Notice of Remote Appearance | 49 |
| O | Notice of Posting Jury Fees on Behalf of Plaintiff Lorena Velazquez | 51 |
| P | Request for Dismissal of Defendant Protea Properties, LLC | 54 |
| Q | Request for Dismissal of Defendant Wal-Mart Real Estate Business Trust only | 56 |
| R | Minute Order from 11/18/22 Case Management Conference | 58 |

JUSTIN FARAHI, ESQ. (SBN 298086)
**FARAHI LAW FIRM, APC**
12079 Jefferson Boulevard
Los Angeles, California 90230
(310) 774-4500
Fax No. (424) 295-0557

Attorney for Plaintiff
LORENA VELAZQUEZ

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/06/2022** at 10:56:52 AM

Clerk of the Superior Court
By Elizabeth Reyes, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| **LORENA VELAZQUEZ, an Individual;** | Case No.: 37-2022-00021526-CU-PO-CTL |
| Plaintiff, | **COMPLAINT FOR:** |
| | **1. GENERAL NEGLIGENCE and** |
| v. | **2. PREMISES LIABILITY** |
| **WALMART INC., A DELAWARE CORPORATION; PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION; and DOES 1 through 50, Inclusive;** | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

   **COMES NOW**, Plaintiff **LORENA VELAZQUEZ**("the **PLAINTIFF**"), an individual, and for causes of action against Defendant **WALMART INC. (WALMART) A DELAWARE CORPORATION**, Defendant **PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION,** and Defendants **DOES 1 through 50, Inclusive**("the **DEFENDANTS**") complains and alleges as follows:

## **THE PLAINTIFF**

1.  At all times relevant herein, the **PLAINTIFF** is an individual residing at1500 3rd Ave. #18, Chula Vista, CA 91911.

## THE DEFENDANTS

2.  The **PLAINTIFF** is informed and believes and based thereon alleges that at all relevant times herein, Defendant **WALMART INC.,** is a Delaware corporation, with principal place of business at 702 Southwest 8th St., City of Bentoville, County of Benton, State of Arkansas.

3.  The **PLAINTIFF** is informed and believes and based thereon alleges that at all relevant times herein, Defendant **PROTEA PROPERTIES, LLC,** is a Delaware Corporation with principal place of business at 3262 Holiday Court Ste 100, La Jolla, CA 92037.

4.  The true names and capacities (whether individual, corporate, or otherwise) of Defendants **DOES 1 through 50, inclusive**, are unknown to the **PLAINTIFF**. The **PLAINTIFF** therefore sues the said Defendants by such fictitious names pursuant to CCP § 474. The **PLAINTIFF** further alleges that each fictitiously named Defendant is in some manner responsible for the acts and occurrences alleged herein. The **PLAINTIFF** will seek leave to amend this Complaint to allege the true names and capacities of Defendants **DOES 1 through 50, inclusive**, when they are ascertained.

5.  The **PLAINTIFF** is informed and believes and based thereon, alleges that each of the named and fictitious Defendants identified in this Complaint was the agent, partner, co-joint venturer, associate, and/or employee of one or more of the other Defendants, and was acting in the course and scope of such agency, partnership, joint venture, association, and/or employment when the acts giving rise to the causes of action occurred.

6.  The **PLAINTIFF** is informed and believes and based thereon alleges that **WALMART INC., PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION,** and Defendants **DOES 1 through 50, inclusive**, are legally responsible for the events and happenings herein referred to, caused damage proximately and foreseeably to the **PLAINTIFF**, as alleged herein.

7.  All allegations in this Complaint are based on information and belief and/or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Whenever allegations in this Complaint are contrary or inconsistent, such allegations shall be deemed alternative.

**VENUE AND JURISDICTION**

8.  Venue in this Court is appropriate as the incident and resulting injury and damage to the **PLAINTIFF** occurred in the County of San Diego, State of California.

9.  Jurisdiction is proper in this case in that the amount in controversy is in excess of the statutory requirements of this Court.

**COMMON ALLEGATION**

10. **PLAINTIFF** is informed and believes, and thereon alleges, that at all relevant times herein, **the Defendants are/were** the owner, lessor, sub-lessor, managing agent, landlord, manager, operator, marketer, inspector, maintainer, and/or controller, of the commercial property located at 1150 Broadway, Chula Vista, CA 91911, County of San Diego, State of California (the "subject premises").

**FIRST CAUSE OF ACTION**
**GENERAL NEGLIGENCE**
**(By the PLAINTIFF against the DEFENDANTS)**

11. The **PLAINTIFF** hereby re-alleges and incorporates herein by reference each and every allegation contained in the previous paragraphs, as though fully set forth herein.

12. On June 12, 2020, the **PLAINTIFF** was lawfully on the subject premises to shop when a packaged item fell off and as a result, **PLAINTIFF** fell on the floor thereby causing bodily injuries upon her which require medical attention and treatment

13. The Defendants, and each of them, fully and well knew, or should have known in the exercise of reasonable care, that the structures and/or components and/or other parts of the subject premises were in an unsafe condition, and a menace to **PLAINTIFF** and others lawfully on the subject premises.

14. By reason of the aforesaid negligence, carelessness, and recklessness of the Defendants, and each of them, as aforesaid, and as a direct and proximate result thereof, a dangerous shopping area that was not properly installed and/or maintained existed in the subject premises causing **PLAINTIFF** to sustain the injuries as herein alleged.

15. As a direct and proximate result of the negligence, carelessness, and recklessness of the Defendants, and each of them, as aforesaid, was hurt in her health, strength, and activity, sustaining severe shock and injuries to her person, all of which injuries have caused, continue to cause, and will cause PLAINTIFF great physical and **PLAINTIFF** emotional pain and suffering.

16. **PLAINTIFF** is informed and believes and, based thereon, alleges that the said injuries are permanent in nature, entitling Plaintiff CASTILLO to damages in a sum according to proof.

17. As a direct and proximate result of the negligence, carelessness, and recklessness of the Defendants and each of them, as aforesaid, **PLAINTIFF** has been required to obtain medical services, and has suffered severe emotional distress.

<u>**SECOND CAUSE OF ACTION**</u>
<u>**PREMISES LIABILITY**</u>
<u>**(By the PLAINTIFF against the DEFENDANTS)**</u>

18. **PLAINTIFF** hereby re-alleges and incorporates herein by reference each and every allegation contained in the previous paragraphs, as though fully set forth herein.

19. **PLAINTIFF** is informed and believes, and thereon alleges, that at all relevant times herein, the **DEFENDANTS** carelessly, and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained, and/or controlled the subject premises, such that it was in a dangerous, defective, and unsafe condition in conscious disregard for the risk of harm to the shoppers therein. By reason of said carelessness, negligence, and conscious disregard of the **DEFENDANTS**, and each of them, the subject premises were unsafe and dangerous to shoppers, specifically to **PLAINTIFF**.

20. The **DEFENDANTS**, and each of them, failed to maintain safe conditions for customer transit within the subject premises, and as a direct result of said negligence, **PLAINTIFF** was injured when a box fell on her.

**WHEREFORE**, the **PLAINTIFF** prays for damages and other jurisdictional relief, as follows:

1. For actual damages according to proof;
2. For general damages according to proof;
3. For special damages according to proof;
4. For costs and expenses of suit; and
5. For such other and further relief as the Court deems just and proper.

Dated: 6 June, 2022

**FARAHI LAW FIRM, APC**
By:

_____
JUSTIN FARAHI, ESQ.
Attorney for the Plaintiff
LORENA VELAZQUEZ

## **DEMAND FOR JURY TRIAL**

PLAINTIFF hereby demands for jury trial.

Dated: 6 June, 2022

**FARAHI LAW FIRM, APC**
By:

_____
JUSTIN FARAHI, ESQ.
Attorney for the Plaintiff
LORENA VELAZQUEZ

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Justin Farahi, Esq. (SBN 298086)
FARAHI LAW FIRM, APC
12079 Jefferson Boulevard, Los Angeles, CA 90230

TELEPHONE NO.: (310) 774-4500  FAX NO. (Optional): (424) 295-0557
ATTORNEY FOR (Name): Lorena Velazquez

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS: 330 W Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Velazquez v. Walmart Inc.; et al.

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/06/2022** at 10:56:52 AM

Clerk of the Superior Court
By Elizabeth Reyes, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited  [ ] Limited | [ ] Counter  [ ] Joinder | 37-2022-00021526-CU-PO-CTL |
| (Amount demanded exceeds $25,000) (Amount demanded is $25,000) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge John S. Meyer DEPT.: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: June 6, 2022

Justin Farahi, Esq.
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

EXHIBIT "B" - Page 8

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                               CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

---

EXHIBIT "B" – Page 9

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

WALMART INC., a Delaware Corporation; PROTEA PROPERTIES, LLC, a Delaware Corporation; and DOES 1 through 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

LORENA VELAZQUEZ, an Individual

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**06/06/2022** at 10:56:52 AM

Clerk of the Superior Court
By Elizabeth Reyes,Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

**¡AVISO!** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* San Diego Superior Court<br><br>330 W Broadway, San Diego, CA 92101 | CASE NUMBER:<br>37-2022-00021526-CU-PO-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Justin Farahi, Farahi Law Firm, APC, 12079 Jefferson Blvd, Los Angeles, California 90239 | (310) 774-4500

DATE: 06/07/2022                                Clerk, by _____ , Deputy
*(Fecha)*                                         *(Secretario)*        E. Reyes        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

EXHIBIT "C" - Page 10

Justin Farahi (SBN 298086)
**FARAHI LAW FIRM, APC**
12079 Jefferson Boulevard
Los Angeles, California 90230
Telephone No. (310) 774-4500
Fax No. (424) 295-0557

Attorney for Plaintiff
LORENA VELAZQUEZ

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**09/12/2022** at 08:00:00 AM
Clerk of the Superior Court
By Malka Manneh, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| **LORENA VELAZQUEZ, an Individual;** | CASE NO. 37-2022-00021526-CU-PO-CTL |
| Plaintiffs, | **FIRST AMENDED COMPLAINT FOR:** |
| vs. | **1. GENERAL NEGLIGENCE;**<br>**2. PREMISES LIABILITY; AND**<br>**3. NEGLIGENT HIRING,**<br>   **SUPERVISION, OR RETENTION.** |
| **WALMART INC., A DELAWARE CORPORATION; PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION; and DOES 1 through 50, Inclusive;** | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

   **COMES NOW**, Plaintiff **LORENA VELAZQUEZ** ("the **PLAINTIFF")**, an individual, and for causes of action against Defendant **WALMART INC. (WALMART) A DELAWARE CORPORATION**, Defendant **PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION**, and Defendants **DOES 1 through 50, Inclusive** ("the **DEFENDANTS")** complains and alleges as follows:

### THE PLAINTIFF

   1.   At all times relevant herein, the PLAINTIFF is an individual residing at 1500 3rd Ave. #18, Chula Vista, CA 91911.

//

//

## THE DEFENDANTS

2.   The **PLAINTIFF** is informed and believes and based thereon alleges that at all relevant times herein, Defendant **WALMART INC.**, is a Delaware corporation, with principal place of business at 702 Southwest 8th St., City of Bentonville, County of Benton. State of Arkansas.

3.   The **PLAINTIFF** is informed and believes and based thereon alleges that at all relevant times herein, Defendant **PROTEA PROPERTIES, LLC,** is a Delaware Corporation with principal place of business at 3262 Holiday Court Ste 100, La Jolla, CA 92037.

4.   The true names and capacities (whether individual, corporate, or otherwise) of Defendants **DOES 1 through 50, inclusive**, are unknown to the **PLAINTIFF**. The **PLAINTIFF** therefore sues the said Defendants by such fictitious names pursuant to the California Code of Civil Procedure (CCP) § 474. The **PLAINTIFF** further alleges that each fictitiously named Defendant is in some manner responsible for the acts and occurrences alleged herein. The **PLAINTIFF** will seek leave to amend this Complaint to allege the true names and capacities of Defendants **DOES 1 through 50, inclusive,** when they are ascertained.

5.   The **PLAINTIFF** is informed and believes and based thereon, alleges that at all relevant times herein, each of the named and fictitious Defendant identified in this Complaint was the agent, partner, co-joint venturer, associate, and/or employee of one or more of the other Defendants, and was acting in the course and scope of such agency, partnership, joint venture, association, and/or employment when the acts giving rise to the causes of action occurred.

6.   The **PLAINTIFF** is informed and believes and based thereon alleges that **WALMART INC., PROTEA PROPERTIES, LLC, A DELAWARE CORPORATION,** and Defendants **DOES 1 through 50, inclusive,** are legally responsible for the events and happenings herein referred to, caused damage proximately and foreseeably to the **PLAINTIFF,** as alleged herein.

7.   All allegations in this Complaint are based on information and belief and/or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Whenever allegations in this Complaint are contrary or inconsistent, such allegations shall be deemed alternative.

**VENUE AND JURISDICTION**

8.   Venue in this Court is appropriate as the incident and resulting injuries and damages to the **PLAINTIFF** occurred in the County of San Diego, State of California.

9.   Jurisdiction is proper before this Honorable Court in that the amount in controversy is in excess $25,000.00 and thus an unlimited civil case.

**COMMON ALLEGATIONS**

10.  The **PLAINTIFF** is informed and believes and thereon alleges, that at all relevant times herein, **the Defendants are/were** the owners, lessors, sub-lessors, managing agents, landlords, renters, managers, operators, marketers, inspectors, maintainers, and/or controllers, of the commercial property located at Walmart, 75 Broadway, Chula Vista, CA 91910, County of San Diego, State of California (the "Subject Premises").

**FIRST CAUSE OF ACTION**

**GENERAL NEGLIGENCE**

**(By PLAINTIFF against the DEFENDANTS)**

11.  **PLAINTIFF** hereby re-alleges and incorporates herein by reference each and every allegation contained in the previous paragraphs, as though fully set forth herein.

12.  **PLAINTIFF** alleges that, at all relevant times herein, Defendants **WALMART, INC.,** **PROTEA PROPERTIES**, **LLC** , and **DOES 1 through 50**, and each of them, had a legal duty own, rent, manage, lease, supervise, inspect, operate, maintain, and/or control the Subject Premises in a safe and operable conditions.

13. On June 12, 2020, when **PLAINTIFF** was lawfully on the Subject Premises to shop thereat, a Walmart employee was carrying, moving, and/or transporting a packaged box of considerable weight nearby **PLAINTIFF**, the said packaged box suddenly, and without warning, fell unto the **PLAINTIFF** and caused **PLAINTIFF** to fall on the floor thereby causing bodily injuries upon her.

14. That the aforesaid incident was due to the aforesaid negligence, carelessness, and recklessness of **WALMART, INC., PROTEA PROPERTIES**, **LLC** , and **DOES 1 through 50**,

- 3 -
COMPLAINT

1   and each of them, as aforesaid, and as a direct and proximate result thereof,  **PLAINTIFF** sustained
2   the injuries as herein alleged.

3   15.  As a direct and proximate result of the negligence, carelessness, and recklessness of the
4   Defendants, and each of them, as aforesaid, **PLAINTIFF** was hurt in her health, strength, and activity,
5   sustaining severe shock and injuries to her person, all of which injuries have caused, continue to
6   cause, and will in the future cause **PLAINTIFF** great physical and emotional pain and suffering.

7   16.  **PLAINTIFF** is informed and believes and, based thereon, alleges that the said injuries are
8   permanent in nature, entitling **PLAINTIFF** to damages in a sum according to proof.

9   17.  As a direct and proximate result of the negligence, carelessness, and recklessness of the
10  Defendants and each of them, as aforesaid, **PLAINTIFF** has been required to obtain medical services,
11  and has suffered severe emotional distress.

12                              **SECOND CAUSE OF ACTION**

13                                **PREMISES LIABILITY**

14                        **(By PLAINTIFF against the DEFENDANTS)**

15  18.  **PLAINTIFF** hereby re-alleges and incorporates herein by reference each and every
16  allegation contained in the previous paragraphs, as though fully set forth herein.

17  19.  The **PLAINTIFF** hereby re-alleges and incorporates herein by reference each and every
18  allegation contained in the previous paragraphs, as though fully set forth herein.

19  20.  On June 12, 2020, when **PLAINTIFF** was lawfully on the Subject Premises to shop
20  thereat, a Walmart employee was carrying, moving, and/or transporting a packaged box of
21  considerable weight nearby **PLAINTIFF**, the said packaged box suddenly, and without warning, fell
22  unto the **PLAINTIFF** and caused **PLAINTIFF** to fall on the floor thereby causing bodily injuries
23  upon her.

24  21.  **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50**, and each
25  of them, fully and well knew, or should have known in the exercise of reasonable care, that the
26  structures and/or components and/or other parts of the subject premises were in a dangerous and
27  unsafe condition, and a menace to **PLAINTIFF** and others lawfully on the subject premises.

28

- 4 -
COMPLAINT

1    22.   By reason of the aforesaid negligence, carelessness, and recklessness of the Defendants,

2    and each of them, as aforesaid, and as a direct and proximate result thereof,  dangerous conditions

3    in the Subject Premises caused **PLAINTIFF** to sustain the injuries as herein alleged.

4    23.   As a direct and proximate result of the negligence, carelessness, and recklessness of the

5    Defendants, and each of them, as aforesaid, **PLAINTIFF** was hurt in her health, strength, and

6    activity, sustaining severe shock and injuries to her person, all of which injuries have caused,

7    continue to cause, and will in the future cause **PLAINTIFF** great physical and emotional pain and

8    suffering.

9    24.   **PLAINTIFF** is informed and believes and, based thereon, alleges that the said injuries

10   are permanent in nature, entitling **PLAINTIFF** to damages in a sum according to proof.

11   25.   As a direct and proximate result of the negligence, carelessness, and recklessness of the

12   Defendants and each of them, as aforesaid, **PLAINTIFF** has been required to obtain medical

13   services, and has suffered severe emotional distress.

14   26.   **PLAINTIFF** is informed and believes and thereon alleges, that at all relevant times herein,

15   the **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50**, carelessly, and

16   negligently owned, rented, managed, leased, supervised, inspected, operated, maintained, and/or

17   controlled the subject premises, such that it was in a dangerous, defective, and unsafe condition, in

18   disregard of the risk of harm to the shoppers therein. By reason of said carelessness, negligence, and

19   conscious disregard of the **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1**

20   **through 50**, and each of them, the subject premises were unsafe and dangerous to shoppers,

21   specifically to **PLAINTIFF**.

22   27.   The **DEFENDANTS**, and each of them, failed to maintain safe conditions for customer transit

23   within the subject premises, and as a direct result of said negligence, **PLAINTIFF** was injured when a box

24   suddenly and violently fell upon her.

25   //

26   //

27   //

28

- 5 -
COMPLAINT

**THIRD CAUSE OF ACTION:**

**NEGLIGENT HIRING, SUPERVISION, OR RETENTION**

**(By PLAINTIFF against DEFENDANTS)**

28. **PLAINTIFF** re-alleges and incorporates by reference all of the allegations preceding paragraphs as though fully set forth herein.

29. At all relevant times herein, **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50**, and each of them, carelessly and negligently employed, selected, trained, maintained, retained, controlled, supervised, and/or managed their employees and/or agents.

30. That, at all relevant times herein, the employees and/or agents of **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50**, were or became unfit, incompetent, unqualified, incapable, and/or unequipped to perform the tasks, duties, and responsibilities relative to the safety training and procedures at the Subject Premises.

31. **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50**, and each of them, knew or should have known its employees and/or agents were or became unfit, incompetent, incapable, retained, unqualified, and/or unequipped, and such unfitness, incompetence, incapability, and/or lack of qualifications or equipment caused a packaged box of considerable weight to fall upon **PLAINTIFF.**

32. As a proximate result of **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50's** negligence in hiring, supervising, selecting, training, maintaining, controlling, supervising, and/or managing of their employees and/or agents, and each of them, **PLAINTIFF** suffered from great physical pain and suffering as well as severe emotional distress and other mental injuries.

33. As a further direct and proximate result of the negligence, carelessness, and recklessness, of **WALMART, INC., PROTEA PROPERTIES**, LLC, and **DOES 1 through 50, PLAINTIFF** has been required to obtain medical services, past, present, and future; has suffered loss of income and earnings, past, present, and future.

- 6 -
COMMON: COMPLAINT

1    **WHEREFORE**, the **PLAINTIFF** prays for damages and other jurisdictional relief, as follows:

2    1. For actual damages according to proof;

3    2. For general damages according to proof;

4    3. For special damages according to proof;

5    4. For costs and expenses of suit; and

6    5. For such other and further relief as the Court deems just and proper.

7

8    Dated: September 10, 2022

9

10                                        **FARAHI LAW FIRM, APC**

11                                        By:

12

13                                        JUSTIN FARAHI, ESQ.
                                          Attorney for Plaintiff
14                                        LORENA VELAZQUEZ

15

16                      **DEMAND FOR JURY TRIAL**

17   Plaintiff hereby demands for jury trial.

18

19   Dated: September 10, 2022

20

21

22                                        **FARAHI LAW FIRM, APC**

23                                        By:

24

25                                        JUSTIN FARAHI, ESQ.
26                                        Attorney for Plaintiff
                                          LORENA VELAZQUEZ

27

28

- 7 -
COMPLAINT

# SUMMONS ON FIRST
# AMENDED COMPLAINT
## *(CITACION JUDICIAL)*

**SUM-100**

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**09/12/2022** at 08:00:00 AM

Clerk of the Superior Court
By Malka Manneh, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

WALMART INC., a Delaware Corporation; PROTEA PROPERTIES,
LLC, a Delaware Corporation; and DOES 1 through 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LORENA VELAZQUEZ, an Individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Diego Superior Court

330 W Broadway, San Diego, CA 92101

**CASE NUMBER:**
37-2022-00021526-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Justin Farahi, Farahi Law Firm, APC, 12079 Jefferson Blvd, Los Angeles, California 90239 | (310) 774-4500

DATE: 09/22/2022
*(Fecha)*

Clerk, by _M. Manneh_ , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

EXHIBIT "E" - Page 18

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Justin Farahi, Esq. (SBN 298086)<br>FARAHI LAW FIRM, APC<br>12079 Jefferson Blvd.<br>Los Angeles, CA 90230<br>TELEPHONE NO.: 310-774-4500    FAX NO. *(Optional):* 424-295-0557<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Lorena Velazquez | *FOR COURT USE ONLY*<br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/06/2022** at 10:45:00 AM<br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: San Diego Superior Court | |
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER:<br>37-2022-00021526-CU-PO-CT |
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of:

   a.   [✓] summons- Summons on First Amended Complaint

   b.   [✓] complaint- First Amended Complaint

   c.   [✓] Alternative Dispute Resolution (ADR) package

   d.   [✓] Civil Case Cover Sheet *(served in complex cases only)*

   e.   [ ] cross-complaint

   f.   [✓] other *(specify documents):* Statement of Damages; Notice of Case Assignment and CMC

3.   a.   Party served *(specify name of party as shown on documents served):*

   Protea Properties, LLC, a Delaware Corporation

   b.   [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   Howard S., person in charge, authorized to accept service

4.   Address where the party was served:
   3262 Holiday Court, Suite 100, La Jolla, CA 92037

5.   I served the party *(check proper box)*

   a.   [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* October 4, 2022   (2) at *(time):* 10:35 a.m.

   b.   [ ] **by substituted service.** On *(date):*           at *(time):*           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1)   [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)   [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)   [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)   [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          **or** [ ] a declaration of mailing is attached.

   (5)   [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | 37-2022-00021526-CU-PO-CT |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1)  on *(date):*                  (2)  from *(city):*

(3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☐  **by other means** *(specify means of service and authorizing code section):*

☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
a.  ☐  as an individual defendant.
b.  ☐  as the person sued under the fictitious name of *(specify):*
c.  ☐  as occupant.
d.  ☑  On behalf of *(specify):*  Protea Properties, LLC, a Delaware Corporation
under the following Code of Civil Procedure section:

        ☑  416.10 (corporation)           ☐  415.95 (business organization, form unknown)
        ☐  416.20 (defunct corporation)       ☐  416.60 (minor)
        ☐  416.30 (joint stock company/association)   ☐  416.70 (ward or conservatee)
        ☐  416.40 (association or partnership)     ☐  416.90 (authorized person)
        ☐  416.50 (public entity)             ☐  415.46 (occupant)
                                      ☐  other:

7.  **Person who served papers**
a.  Name: Ramoncito Aquitania/ All City Legal & Messenger Services, LLC
b.  Address: 2934 1/2 Beverly Glen Circle, Suite 303, Bel-Air, CA 90077
c.  Telephone number: 310-642-7777
d.  **The fee** for service was: $ 135.00
e.  I am:

(1)  ☐  not a registered California process server.
(2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
(3)  ☑  a registered California process server:
    (i)  ☐  owner ☐  employee ☑  independent contractor.
    (ii)  Registration No.: 3596
    (iii)  County: San Diego

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 6, 2022

Ramoncito Aquitania
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶      (SIGNATURE )

EXHIBIT "F" - Page 20

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Justin Farahi, Esq. (SBN 298086)<br>FARAHI LAW FIRM, APC<br>12079 Jefferson Blvd.<br>Los Angeles, CA 90230<br>TELEPHONE NO.: 310-774-4500    FAX NO. *(Optional):* 424-295-0557<br>E–MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Lorena Velazquez | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/06/2022** at 10:46:00 AM<br>Clerk of the Superior Court<br>By E- Filing, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego |
|---|
| STREET ADDRESS:   330 W. Broadway |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:   San Diego, CA 92101 |
| BRANCH NAME:   San Diego Superior Court |

| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | 37-2022-00021526-CU-PO-CT |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons- Summons on First Amended Complaint
   b. ☑ complaint- First Amended Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Statement of Damages; Notice of Case Assignment and CMC

3. a. Party served *(specify name of party as shown on documents served):*
      Walmart Inc., a Delaware Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      CT Corporation System, c/o Jessie Gastelum / Registered Agent for Service of Process

4. Address where the party was served:
   330 N. Brand Blvd., #700, Glendale, CA 91203
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* October 5, 2022    (2) at *(time):*  10:10 a.m.
   b. ☐ **by substituted service.** On *(date):*          at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | 37-2022-00021526-CU-PO-CT |

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*               (2)  from *(city):*

    (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐  as an individual defendant.
  b. ☐  as the person sued under the fictitious name of *(specify):*
  c. ☐  as occupant.
  d. ☑  On behalf of *(specify):*  Walmart Inc., a Delaware Corporation
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                         ☐ other:

7.  **Person who served papers**
  a.  Name: Ataolah A. Shaouli/ All City Legal & Messenger Services, LLC
  b.  Address: 2934 1/2 Beverly Glen Circle, Suite 303, Bel-Air, CA 90077
  c.  Telephone number: 310-642-7777
  d.  **The fee** for service was: $ 75.00
  e.  I am:

    (1) ☐  not a registered California process server.
    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑  a registered California process server:
      (i) ☐  owner   ☐ employee   ☑ independent contractor.
      (ii)  Registration No.: 2015117502
      (iii)  County: Los Angeles

8. ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 6, 2022

Ataolah A. Shaouli
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶         _____
                     (SIGNATURE )

EXHIBIT "G" - Page 22

Vinesign Document ID: 2D25E7FF-8C72-418D-817F-5D90DB16D7EE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Justin Farahi, Esq. (298086)<br>Farahi Law Firm, APC.<br>12709 Jefferson Blvd. Los Angeles, CA. 90230<br><br>TELEPHONE NO.: (310) 774-4500     FAX NO. (Optional): (424) 295-0557<br>EMAIL ADDRESS (Optional): justin@farahilaw.com<br>ATTORNEY FOR (Name): Lorena Velazquez | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/24/2022** at 07:03:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall,Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☒ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 1000, VISTA, CA 92081

| PLAINTIFF(S)<br>Lorena Velazquez | JUDGE<br>John S. Meyer |
|---|---|
| DEFENDANT(S)<br>Walmart, Inc., et al. | DEPT |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER<br>37-2022-00021526-CU-PO-CTL |

Separate forms are required if attempting to file amendment under Code of Civil Procedure section 473 or 474. Additionally, only one party may be addressed per form.

Amendment under Code Civ. Proc., § 474:
FICTITIOUS NAME (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of
Doe 1
_____,
and having discovered the true name of defendant to be
WAL-MART REAL ESTATE BUSINESS TRUST
_____
amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: 24/10/22 _____         _____
                                                                          Signature

---

Amendment under Code Civ. Proc., § 473:
NAME - Add or Correct (Court order required)

Plaintiff(s), having designated ☐ defendant ☐ plaintiff in the complaint by the name of
_____,
and having discovered the ☐ name to be incorrect and the correct name is ☐ defendant also uses the name of
_____
amends the complaint by ☐ substituting ☐ adding such name(s) wherever the name of
_____,
appears in the complaint.

Date: _____         _____
                                                                      Signature

---

### ORDER
The above amendment to the complaint is allowed.

**IT IS SO ORDERED**

Date: _____         _____
                                                  Judge/Commissioner of the Superior Court

EXHIBIT " H"

The signed document can be validated at https://app.vinesign.com/Verify

Clear This Form

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Justin Farahi, Esq. (SBN 298086)<br>FARAHI LAW FIRM, APC<br>12079 Jefferson Blvd.<br>Los Angeles, CA 90230<br>TELEPHONE NO.: 310-774-4500     FAX NO. *(Optional):* 424-295-0557<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Lorena Velazquez | **FOR COURT USE ONLY**<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/31/2022** at 01:13:00 PM<br>Clerk of the Superior Court<br>By E- Filing, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | 37-2022-00021526-CU-PO-CTL |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Amendment to Complaint; Statement of Damages; Notice of Case

3. a. Party served *(specify name of party as shown on documents served):*
      Wal-Mart Real Estate Business Trust

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Corporation Trust Center, c/o Nadia Bellamny/ Registered Agent for Service of Process

4. Address where the party was served:
   1209 Orange Street, Wilmington, Delaware 19801

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* October 31, 2022  (2) at *(time):*  8:40 a.m.
   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart, Inc., et. al. | 37-2022-00021526-CU-PO-CTL |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1)  on *(date):*         (2)  from *(city):*

     (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me.  *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

     (4)  ☐  to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

   d.  ☐  **by other means** *(specify means of service and authorizing code section):*

     ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  ☐  as an individual defendant.
   b.  ☐  as the person sued under the fictitious name of *(specify):*
   c.  ☐  as occupant.
   d.  ☑  On behalf of *(specify):*  Wal-Mart Real Estate Business Trust
     under the following Code of Civil Procedure section:

     ☑ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
         ☐ other:

7.  **Person who served papers**
   a.  Name: Stephen Kempski/ All City Legal & Messenger Services, LLC
   b.  Address: 2934 1/2 Beverly Glen Circle, Suite 303, Bel-Air, CA 90077
   c.  Telephone number: 310-642-7777
   d.  **The fee** for service was: $ 195.00
   e.  I am:
     (1)  ☑  not a registered California process server.
     (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
     (3)  ☐  a registered California process server:
       (i)  ☐ owner  ☐ employee  ☐ independent contractor.
       (ii)  Registration No.:
       (iii)  County:

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 31, 2022

Stephen Kempski
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**

EXHIBIT "I" - Page 25

**CM-110**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Justin Farahi, Esq (SBN 298086)<br>FARAHI LAW FIRM, APC<br>12079 Jefferson Boulevard<br>Los Angeles, California 90230<br><br>TELEPHONE NO.: (310) 774-4500        FAX NO. *(Optional)*: (424) 295-0557<br>E-MAIL ADDRESS: justin@farahilaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Lorena Velazquez | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER:   Lorena Velazquez
DEFENDANT/RESPONDENT: Walmart Inc., et al.

| | |
|---|---|
| **CASE MANAGEMENT STATEMENT**<br>*(Check one):*  [x] **UNLIMITED CASE**      [ ] **LIMITED CASE**<br>              (Amount demanded        (Amount demanded is $25,000<br>              exceeds $25,000)         or less) | CASE NUMBER:<br>37-2022-00021526-CU-PO-CTL |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: November 18th, 2022      Time: 9:30 a.m      Dept.: C-64      Div.:          Room:

Address of court *(if different from the address above):*

[ ] **Notice of Intent to Appear by Telephone, by** *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [x] This statement is submitted by party *(name):* Lorena Velazquez
   b. [ ] This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* 09/12/22
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [x] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not):*

      (2) [x] have been served but have not appeared and have not been dismissed *(specify names):*
             Protea Properties, LLC, Wal-Mart Real Estate Business Trust.

      (3) [ ] have had a default entered against them *(specify names):*

   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in  [x] complaint       [ ] cross-complaint      *(Describe, including causes of action):*
      Personal Injury, general negligence, premises liability and negligent hiring supervision or retention,

Form Adopted for Mandatory Use
Judicial Council of California          **CASE MANAGEMENT STATEMENT**
CM-110 [Rev. September 1, 2021]

Cal. Rules of Court,
rules 3.720–3.730
*www.courts.ca.gov*

EXHIBIT "J" - Page 26

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart Inc, et al. | 37-2022-00021526-CU-PO-CTL |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

On June 12, 2020, Plaintiff was lawfully on the subject premises to shop thereat, a Walmart employee was carrying, moving and/or transporting a packaged box of considerable weight nearby, the box suddenly and without warning fell onto Plaintiff, causing her to fall to the ground and sustain the following bodily injuries: head, cervical spine, lumbar spine, left ankle, left knee, and left shoulder. The current amount of the plaintiff's medical expenses is $827, 871.96.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**

The party or parties request ☒ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**

a. ☐ The trial has been set for *(date):*

b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a. ☒ days *(specify number):* 4 days

b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:

a. Attorney:

b. Firm:

c. Address:

d. Telephone number:                                         f. Fax number:

e. E-mail address:                                             g. Party represented:

☐ Additional representation is described in Attachment 8.

9. **Preference**

☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b. **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

EXHIBIT "J" - Page 27

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER:   Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT:   Walmart Inc, et al. | 37-2022-00021526-CU-PO-CTL |

10. c.   Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or
have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | [x] | [x] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date):*<br>[ ] Agreed to complete mediation by *(date):*<br>[ ] Mediation completed on *(date):* |
| (2) Settlement conference | [ ] | [ ] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date):*<br>[ ] Agreed to complete settlement conference by *(date):*<br>[ ] Settlement conference completed on *(date):* |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date):*<br>[ ] Agreed to complete neutral evaluation by *(date):*<br>[ ] Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date):*<br>[ ] Agreed to complete judicial arbitration by *(date):*<br>[ ] Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date):*<br>[ ] Agreed to complete private arbitration by *(date):*<br>[ ] Private arbitration completed on *(date):* |
| (6) Other *(specify):* | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date):*<br>[ ] Agreed to complete ADR session by *(date):*<br>[ ] ADR completed on *(date):* |

EXHIBIT "J" - Page 28

**CM-110**

| PLAINTIFF/PETITIONER:  Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Walmart Inc, et al. | 37-2022-00021526-CU-PO-CTL |

**11. Insurance**

a. ☐  Insurance carrier, if any, for party filing this statement  *(name):*

b.  Reservation of rights: ☐ Yes ☐ No

c. ☐  Coverage issues will significantly affect resolution of this case   *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐  Bankruptcy ☐  Other  *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐  There are companion, underlying, or related cases.

    (1)  Name of case:

    (2)  Name of court:

    (3)  Case number:

    (4)  Status:

    ☐  Additional cases are described in Attachment 13a.

b. ☐  A motion to ☐  consolidate ☐  coordinate      will be filed by *(name party):*

**14. Bifurcation**

☐  The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐  The party or parties expect to file the following motions before trial  *(specify moving party, type of motion, and issues):*
Motion to Quash, Motion for Protective Order, Motion to Compel/Compel further Responses, if necessary

**16. Discovery**

a. ☐  The party or parties have completed all discovery.

b. ☐  The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|

c. ☐  The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated  *(specify):*

**CASE MANAGEMENT STATEMENT**

EXHIBIT "J" - Page 29

**CM-110**

| PLAINTIFF/PETITIONER:   Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Walmart Inc, et al. | 37-2022-00021526-CU-PO-CTL |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:  November 3, 2022

Justin Farahi, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    EXHIBIT "J" Page 30    Clear this form

Andrew N. Kohn, Esq., SBN 166385
Allen Theweny, Esq., SBN 326032
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, California  92130-2051
Tel:    (858) 755-8500
Fax:    (858) 755-8504
Email: akohn@pettitkohn.com
           atheweny@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**11/03/2022** at 09:57:00 AM

Clerk of the Superior Court
By Jimmy Siharath,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO – CENTRAL DIVISION

| | |
|---|---|
| LORENA VELAZQUEZ, an Individual,<br><br>            Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation;<br>PROTEA PROPERTIES, LLC, a Delaware<br>Corporation; and DOES 1 through 50,<br>Inclusive,<br><br>            Defendants. | Case No. 37-2022-00021526-CU-PO-CTL<br><br>**DEFENDANT WALMART INC.'S<br>ANSWER TO PLAINTIFF'S FIRST<br>AMENDED COMPLAINT**<br><br>**[IMAGED FILE]**<br><br>Dept.:      C-64<br>Judge:     Honorable John S. Meyer<br>Filed:      June 6, 2022<br>Trial:       Not set |

Defendant WALMART INC. ("Defendant"), for its Answer to Plaintiff LORENA

VELAZQUEZ's ("Plaintiff") First Amended Complaint on file herein, admits, denies and alleges

as follows:

### <u>GENERAL DENIAL</u>

Pursuant to the provisions of Code of Civil Procedure section 431.30, Defendant denies,

generally and specifically, in the conjunctive and disjunctive, each and every cause of action and

allegation contained in the First Amended Complaint, and the First Amended Complaint as a

whole, and further generally and specifically denies that Plaintiff has sustained any loss, injury, or

damage as a proximate result of any act, breach, or omission on the part of Defendant.

///

///

///

1

## **AFFIRMATIVE DEFENSES**

## **FIRST AFFIRMATIVE DEFENSE**

### **(Failure to State Cause of Action)**

As a first, separate, affirmative defense, Defendant alleges that the First Amended Complaint, and each and every cause of action or purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Defendant.

## **SECOND AFFIRMATIVE DEFENSE**

### **(Estoppel)**

As a second, separate, affirmative defense, Defendant alleges Plaintiff, by her own acts and/or omissions, is estopped from recovering at all against Defendant.

## **THIRD AFFIRMATIVE DEFENSE**

### **(Failure to Exercise Ordinary Care)**

As a third, separate, affirmative defense, Defendant alleges that, at all times and places alleged in the First Amended Complaint, Plaintiff failed to exercise ordinary and reasonable care on her own behalf and such negligence and carelessness was a proximate cause of some portion, up to and including the whole of, her own alleged injuries and damages, if any.  Plaintiff's recovery therefore should be barred or reduced according to law, up to and including the whole thereof.

## **FOURTH AFFIRMATIVE DEFENSE**

### **(Waiver)**

As a fourth, separate, affirmative defense, Defendant alleges Plaintiff, by her own acts and/or omissions, has waived her rights, if any, to recover against Defendant.

## **FIFTH AFFIRMATIVE DEFENSE**

### **(Failure to Mitigate Damages)**

As a fifth, separate, affirmative defense, Defendant alleges Plaintiff has failed to mitigate her damages, if any, in connection with the matters referred to in the First Amended Complaint and that such failure to mitigate bars and/or diminishes Plaintiff's recovery, if any, against Defendant.

2

DEFENDANT WALMART INC.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED FIRST AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIXTH AFFIRMATIVE DEFENSE

### (Uncertainty)

As a sixth, separate, affirmative defense, Defendant alleges the causes of action in the First Amended Complaint, and each of them, are uncertain and ambiguous as to Plaintiff's claim for damages against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

As a seventh, separate, affirmative defense, Defendant alleges that the First Amended Complaint, and each and every cause of action or purported cause of action contained therein, is barred by all applicable statutes of limitation including, but not limited to, Code of Civil Procedure section 335.1, 337 and 343.

## EIGHTH AFFIRMATIVE DEFENSE

### (Exercise of Reasonable Care)

As an eighth, separate, affirmative defense, Defendant alleges that, at all times relevant herein, Defendant exercised reasonable care and did not know, and in the exercise of reasonable care could not have known, of the alleged acts or allegations in connection with the conditions which are the subject of the First Amended Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Lack of Particularity)

As a ninth, separate, affirmative defense, Defendant alleges that Plaintiff failed to particularize her claims, thereby depriving Defendant the ability to ascertain the true basis of Plaintiff's claim, if any, and the law applicable to the claim.

## TENTH AFFIRMATIVE DEFENSE

### (Laches)

As a tenth, separate, affirmative defense, Defendant alleges that the causes of action contained in the First Amended Complaint, and each of them, are barred by the doctrine of laches, in that Plaintiff has unreasonably delayed in bringing these claims, and said delays have prejudiced Defendant.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ELEVENTH AFFIRMATIVE DEFENSE

### (Obvious Danger)

As an eleventh, separate, affirmative defense, Defendant alleges that Plaintiff failed to exercise reasonable and ordinary care, caution, or prudence for her own safety in order to avoid the alleged incident.  The resulting injuries and damages, if any, sustained by Plaintiff were proximately caused and contributed to by the negligence of Plaintiff, in that any possible danger with regard to the incident in question was obvious to anyone using reasonable care.

## TWELFTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

As a twelfth, separate, affirmative defense, Defendant alleges that at all times herein mentioned, Plaintiff, with full knowledge of all risks attendant thereto, voluntarily and knowingly assumed any and all risks attendant upon her conduct, including any purported damages alleged to be related thereto and proximately caused thereby.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Intervening Acts of Others)

As a thirteenth, separate, affirmative defense, Defendant alleges that the injuries and damages sustained by Plaintiff, if any, were proximately caused by the intervening and superseding actions of others, which intervening and superseding actions bar and/or diminish Plaintiff's recovery, if any, against Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Res Judicata/Collateral Estoppel)

As a fourteenth, separate, affirmative defense, Defendant alleges Plaintiff's First Amended Complaint is barred by the doctrines of res judicata and/or collateral estoppel.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

As a fifteenth, separate, affirmative defense, Defendant alleges that Plaintiff was negligent, and otherwise at fault, with regard to the events alleged in the First Amended Complaint, and such negligence and fault is the proximate cause of any injuries or damages

4

DEFENDANT WALMART INC.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED FIRST AMENDED COMPLAINT

Plaintiff may incur.  Accordingly, Plaintiff's recovery, if any, should be precluded or reduced in proportion to her negligence and fault.

### SIXTEENTH AFFIRMATIVE DEFENSE

**(Reimbursement)**

As a sixteenth, separate, affirmative defense, Defendant alleges that any reimbursement, from whatever source, to Plaintiff of the damages alleged must be applied against any liability of Defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

**(Failure of Others to Exercise Reasonable Care)**

As a seventeenth, separate, affirmative defense, if Defendant is subjected to any liability herein, it will be due in whole, or in part, to the acts and/or omissions of other defendants or other parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

### EIGHTEENTH AFFIRMATIVE DEFENSE

**(Several Liability for Non-Economic Damages)**

As an eighteenth, separate, affirmative defense, if Defendant has any liability to Plaintiff in this action, which is denied, it is only severally liable for Plaintiff's non-economic damages under California Civil Code sections 1431.1 and 1431.2, and therefore request a judicial determination of the percentage of its negligence, if any, which proximately contributed to the subject incident.

### NINETEENTH AFFIRMATIVE DEFENSE

**(Necessary Parties)**

As a nineteenth, separate, affirmative defense, Defendant alleges that Plaintiff has failed to properly join all parties which are necessary or indispensable to this action in accordance with the California Code of Civil Procedure.

///

///

///

5

DEFENDANT WALMART INC.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED FIRST AMENDED COMPLAINT

1

## **TWENTIETH AFFIRMATIVE DEFENSE**

2

### **(No Constructive Notice of Dangerous Condition)**

3      As a twentieth, separate, affirmative defense, Defendant alleges that the First Amended

4  Complaint, and each and every cause of action alleged therein, is barred by the fact that

5  Defendant did not have constructive notice of the allegedly unsafe conditions on the premises.

6

## **TWENTY-FIRST AFFIRMATIVE DEFENSE**

7

### **(Acts of Other Parties)**

8      As a twenty-first, separate, affirmative defense, Defendant alleges that, if it is subjected to

9  any liability by Plaintiff herein, it will be due in whole or in part to the acts and/or omissions of

10  other parties, or parties unknown at this time, and any recovery obtained by Plaintiff should be

11  barred or reduced according to law, up to and including the whole thereof.

12

## **TWENTY-SECOND AFFIRMATIVE DEFENSE**

13

### **(Additional Defenses)**

14      As a twenty-second, separate, affirmative defense, Defendant alleges that it may have

15  additional defenses that cannot be articulated due to Plaintiff's failure to particularize her claims,

16  due to the fact that Defendant does not have copies of certain documents bearing on Plaintiff's

17  claims and due to Plaintiff's failure to provide more specific information concerning the nature of

18  the damage claims and claims for certain costs for which Plaintiff alleges that Defendant may

19  share some responsibility.  Defendant therefore reserves the right to assert additional defenses

20  upon further particularization of Plaintiff's claims, upon examination of the documents provided,

21  upon discovery of further information concerning the alleged damage claims and claims for costs,

22  and upon the development of other pertinent information.

23

## **TWENTY-THIRD AFFIRMATIVE DEFENSE**

24

### **(Right to Amend Answer)**

25      As a twenty-third, separate affirmative defense, Defendant reserves the right to amend its

26  answer herein, including the addition of affirmative defenses after pleading and discovery in

27  preparation for trial.

28  ///

2354-3424

1       WHEREFORE, Defendant WALMART INC. prays for judgment against Plaintiff

2   LORENA VELAZQUEZ as follows:

3      1.     That Plaintiff take nothing by way of her First Amended Complaint;

4      2.     That judgment be entered against Plaintiff and in favor of Defendant on all causes

5   of action;

6      3.     That Defendant be awarded attorneys' fees and costs of suit incurred herein; and

7      4.     That Defendant be awarded such other and further relief as the Court may deem

8   just and proper.

9                     **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

10

11  Dated:  November 3, 2022        By_____

12                           Andrew N. Kohn, Esq.

                               Allen Theweny, Esq.

13                         Attorneys for Defendant

                             **WALMART INC.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

EXHIBIT "K" - Page 37

1

## PROOF OF SERVICE
*Lorena Velazquez v. Walmart Inc., et al.*
San Diego County Superior Court Case No. 37-2022-00021526-CU-PO-CTL

2

3      I, the undersigned, declare that:

4      I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action.  I am employed in the County of San Diego, California and my business address is 11622 El Camino Real, Suite 300, San Diego, California  92130.

5

6      On November 3, 2022, I caused to be served the following documents:

7   • **DEFENDANT WALMART INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

8

**[X]      BY ELECTRONIC DELIVERY (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, rule 2.251):**  Based on an agreement between the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be electronically served to those parties listed below from e-mail address spalmer@pettitkohn.com.  The file transmission was reported as complete and a copy of the Service Receipt will be maintained with the original document(s) in our office.

9

10

11

12   Justin Farahi, Esq.
Farahi Law Firm, APC
13   12079 Jefferson Boulevard
Los Angeles, California  90239
14   Tel:     (310) 774-4500
Fax:    (424) 295-0557
15   Email:  justin@farahilaw.com
         harold@farahilaw.com
16         jaqueline@farahilaw.com
         kristoffer@farahilaw.com
17   Attorneys for Plaintiff Lorena Velazquez

18      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20      Executed on November 3, 2022, at San Diego, California.

21

22   _Sharon B. Palmer_
_____
Sharon B. Palmer

23

24

25

26

27

28

8

2354-3424

DEFENDANT WALMART INC.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED FIRST AMENDED COMPLAINT

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Andrew N. Kohn (SBN 166385) / Allen Theweny (SBN 3256032)
Pettit Kohn Ingrassia Lutz & Dolin PC
11622 El Camino Real, Suite 300
San Diego, California  92130

TELEPHONE NO.: (858) 755-8500          FAX NO. *(Optional)* (858) 755-8504
E-MAIL ADDRESS: akohn@pettitkohn.com / atheweny@pettitkohn.com
ATTORNEY FOR *(Name):* Defendant Walmart Inc.

**FOR COURT USE ONLY**

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/03/2022** at 09:57:00 AM

Clerk of the Superior Court
By Jimmy Siharath,Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Diego
STREET ADDRESS: 330 West Brroadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Lorena Velazquez

DEFENDANT/RESPONDENT: Walmart Inc., et al.

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  [X] **UNLIMITED CASE**  (Amount demanded exceeds $25,000)   [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | 37-2022-00021526-CU-PO-CTL |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: November 18, 2022      Time: 9:30 a.m.      Dept.: C-64      Div.:      Room:

Address of court *(if different from the address above):*

[X]  **Notice of Intent to Appear by Telephone, by** *(name):*  Allen Theweny, Esq.

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1.  **Party or parties** *(answer one):*
    a.  [X]  This statement is submitted by party *(name):* Defendant Walmart Inc.
    b.  [ ]  This statement is submitted **jointly** by parties  *(names):*

2.  **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
    a.  The complaint was filed on *(date):*
    b.  [ ]  The cross-complaint, if any, was filed on *(date):*

3.  **Service** *(to be answered by plaintiffs and cross-complainants only)*
    a.  [ ]  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
    b.  [ ]  The following parties named in the complaint or cross-complaint
        (1)  [ ]  have not been served *(specify names and explain why not):*

        (2)  [ ]  have been served but have not appeared and have not been dismissed *(specify names):*

        (3)  [ ]  have had a default entered against them *(specify names):*

    c.  [ ]  The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4.  **Description of case**
    a.  Type of case in  [X]  complaint     [ ]  cross-complaint     *(Describe, including causes of action):*
        Personal injury, general negligence and premises liability.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

**Page 1 of 5**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

LexisNexis® Automated California Judicial Council Forms
EXHIBIT "L" - Page 39

**CM-110**

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: | Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff alleges that on June 12, 2020, she was injured when she tripped and fell in a local Walmart store. Plaintiff claims injury to her neck, lower back and ankle. Plaintiff's medical specials are currently unknown.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request ☒ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**

a.  ☐ The trial has been set for *(date):*

b.  ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

See attachment page.

7.  **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a.  ☒ days *(specify number):* 3 to 4 days

b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial   ☒ by the attorney or party listed in the caption   ☐ by the following:

a.  Attorney:

b.  Firm:

c.  Address:

d.  Telephone number:

e.  E-mail address:

f.  Fax number:

g.  Party represented:

☐ Additional representation is described in Attachment 8.

9.  **Preference**

☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☒ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b.  **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| | | |
|---|---|---|
| CM-110 [Rev. September 1, 2021] | **CASE MANAGEMENT STATEMENT** | **Page 2 of 5** |

*LexisNexis® Automated California Judicial Council Forms*

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

10. c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☒ | ☒ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

EXHIBIT 1, Page 41

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

    Standard motions in limine.

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendant Walmart Inc. | Written discovery | Ongoing |
| Defendant Walmart Inc. | Subpoena Plaintiff's medical records | Ongoing |
| Defendant Walmart Inc. | Plaintiff's deposition | April 2023 |
| See Attachment 16b | | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached** *(if any):*   Two

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:  November 3, 2022

Allen Theweny, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

LexisNexis® Automated California Judicial Council Forms

EXHIBIT 1 Page 43

# Attachment

Attachment 16b

    a.   Defendant Walmart Inc.

    b.   Percipient/expert depositions

    c.   To be determined

    a.   Defendant Walmart Inc.

    b.   Defense medical examination of Plaintiff

    c.   To be determined

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Lorena Velazquez v. Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

**ATTACHMENT** *(Number):* <u>Two</u>

*(This Attachment may be used with any Judicial Council form.)*

6.  Trial Date

   c.  Dates on which parties or attorneys will not be available for trial (specify dates and explain reasons for unavailability:

January 20, 2023
February 6, 7, 17, 21, 24 and 27, 2023
March 2, 3, 17 and 30, 2023
April 14 and 23, 2023
May 12 and 16, 2023
June 5, 2023
July 28, 2023
August 7, 11 and 18, 2023
November 27, 2023
February 2, 2024

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page <u>7</u> of <u>8</u>

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT "L" - 105

1

2

**PROOF OF SERVICE**
*Lorena Velazquez v. Walmart Inc., et al.*
San Diego County Superior Court Case No. 37-2022-00021526-CU-PO-CTL

3
    I, the undersigned, declare that:

4

5
    I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action.  I am employed in the County of San Diego, California and my business address is 11622 El Camino Real, Suite 300, San Diego, California  92130.

6
    On November 3, 2022, I caused to be served the following documents:

7
- **CASE MANAGEMENT STATEMENT**

8

9

10
**[X]**    **BY ELECTRONIC DELIVERY (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, rule 2.251):**  Based on an agreement between the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be electronically served to those parties listed below from e-mail address spalmer@pettitkohn.com.  The file transmission was reported as complete and a copy of the Service Receipt will be maintained with the original document(s) in our office.

11

12

13

14

15

16
Justin Farahi, Esq.
Farahi Law Firm, APC
12079 Jefferson Boulevard
Los Angeles, California  90239
Tel:    (310) 774-4500
Fax:    (424) 295-0557
Email: justin@farahilaw.com
        harold@farahilaw.com
        jaqueline@farahilaw.com
        kristoffer@farahilaw.com
Attorneys for Plaintiff Lorena Velazquez

17

18
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19
    Executed on November 3, 2022, at San Diego, California

20

21

22
Sharon B. Palmer

23

24

25

26

27

28

PROOF OF SERVICE

1  Andrew N. Kohn, Esq., SBN 166385
   Allen Theweny, Esq., SBN 326032
2  **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
   11622 El Camino Real, Suite 300
3  San Diego, California  92130-2051
   Tel:    (858) 755-8500
4  Fax:    (858) 755-8504
   Email: akohn@pettitkohn.com
5          atheweny@pettitkohn.com

6  Attorneys for Defendant
   **WALMART INC.**

7

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/03/2022** at 09:57:00 AM

Clerk of the Superior Court
By Jimmy Siharath,Deputy Clerk

8               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9               **COUNTY OF SAN DIEGO – CENTRAL DIVISION**

10  LORENA VELAZQUEZ, an Individual,        | Case No. 37-2022-00021526-CU-PO-CTL

11               Plaintiff,                  | **NOTICE OF JURY FEE DEPOSIT ON
                                             | BEHALF OF DEFENDANT WALMART
12  v.                                       | INC.**

13  WALMART INC., a Delaware Corporation;    | **[IMAGED FILE]**
    PROTEA PROPERTIES, LLC, a Delaware
14  Corporation; and DOES 1 through 50,      | Dept.:    C-64
    Inclusive,                               | Judge:    Honorable John S. Meyer
15                                           | Filed:    June 6, 2022
               Defendants.                   | Trial:    Not set
16

17  TO PLAINTIFF LORENA VELAZQUEZ AND HER ATTORNEYS OF RECORD:

18         PLEASE TAKE NOTICE that, pursuant to California Code of Civil Procedure section

19  631, et seq., Defendant WALMART INC. ("Walmart") has deposited with the Clerk of the

20  Superior Court of California, County of San Diego, the sum of $150 for the purpose of jury fees

21  in the above-captioned matter.  A trial by jury has been requested by Walmart.

22                                       **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

23

24  Dated:  November 3, 2022        By _____
                                       Andrew N. Kohn, Esq.
25                                     Allen Theweny, Esq.
                                       Attorneys for Defendant
26                                     **WALMART INC.**

27

28

                                        1
2354-3424

NOTICE OF JURY FEE DEPOSIT ON BEHALF OF DEFENDANT WALMART INC.

EXHIBIT "M" - Page 47

**PROOF OF SERVICE**
*Lorena Velazquez v. Walmart Inc., et al.*
San Diego County Superior Court Case No. 37-2022-00021526-CU-PO-CTL

I, the undersigned, declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California and my business address is 11622 El Camino Real, Suite 300, San Diego, California 92130.

On November 3, 2022, I caused to be served the following documents:

- **NOTICE OF JURY FEE DEPOSIT ON BEHALF OF DEFENDANT WALMART INC.**

[  ] **BY ELECTRONIC DELIVERY (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, rule 2.251):** Based on an agreement between the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be electronically served to those parties listed below from e-mail address spalmer@pettitkohn.com. The file transmission was reported as complete and a copy of the Service Receipt will be maintained with the original document(s) in our office.

Justin Farahi, Esq.
Farahi Law Firm, APC
12079 Jefferson Boulevard
Los Angeles, California 90239
Tel:    (310) 774-4500
Fax:    (424) 295-0557
Email: justin@farahilaw.com
          harold@farahilaw.com
          jaqueline@farahilaw.com
          kristoffer@farahilaw.com
Attorneys for Plaintiff Lorena Velazquez

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 3, 2022, at San Diego, California.

_Sharon B Palmer_
_____
Sharon B. Palmer

2

2354-3424

NOTICE OF JURY FEE DEPOSIT ON BEHALF OF DEFENDANT WALMART INC.

EXHIBIT "M" - Page 48

RA-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: |
|---|---|

NAME:  Andrew N. Kohn, Esq. (SBN 166385) / Allen Theweny, Esq. (SBN 326032)
FIRM NAME: Pettit Kohn Ingrassia Lutz & Dolin PC
STREET ADDRESS: 11622 El Camino Real, Suite 300
CITY: San Diego          STATE: CA      ZIP CODE: 92130
TELEPHONE NO.: (858) 755-8500        FAX NO.: (858) 755-8504
EMAIL ADDRESS: akohn@petttkohn.com / atheweny@pettitkohn.com
ATTORNEY FOR (name): Defendant Walmart Inc.

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/03/2022** at 09:57:00 AM

Clerk of the Superior Court
By Jimmy Siharath,Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:  Central Division

PLAINTIFF/PETITIONER:    Lorena Velazquez
DEFENDANT/RESPONDENT:    Walmart Inc., et al.
OTHER CASE NAME:

### NOTICE OF REMOTE APPEARANCE

CASE NUMBER:
37-2022-00021526-CU-PO-CTL

You must use this form to tell the court you intend to appear remotely in a civil case, unless the court's website describes an online process for giving notice. You may also use it to give the required notice to all other parties in the case. (Do not use this form in a juvenile dependency proceeding.)

Check the court's website for information about how to appear remotely, including the departments and types of cases or proceedings that allow remote appearances and ways to appear remotely in their departments for such appearances.

See page 3 of this form for more information, including deadlines for giving notice and for opposing a remote appearance if this notice is for an evidentiary hearing or trial.

**A person appearing remotely should conduct themselves as though appearing in court in person.**

1. The person who intends to appear remotely is *(check and complete all that apply):*
   - [ ] Plaintiff/Petitioner *(name):*
   - [ ] Attorney for Plaintiff/Petitioner *(name):*
   - [X] Defendant/Respondent *(name):*   Walmart Inc.
   - [X] Attorney for Defendant/Respondent *(name):*   Allen Theweny, Esq.
   - [ ] Other *(name and role in case):*

2. The person or persons in 1 intends to appear remotely *(check one):*
   a. [X] Throughout the case.
   b. [ ] At the proceeding described below, including on any later dates if the proceeding is continued *(describe):*
      Type of proceeding:
      Set on *(date):*                    at *(time):*                    in *(department):*
      Before *(name of judicial officer, if known):*

3. The person intends to appear by *(check court's website for method that may be used):*
   - [ ] Videoconference    [X] Audio only (including telephone)

4. [ ] For evidentiary hearing or trial only (where testimony may be given): the party requests the following additional aspects of the proceeding be conducted remotely *(describe what the party wants to be done remotely and why; attach form MC-25 if more space is needed):*

**Page 1 of 3**

Form Adopted for Mandatory Use
Judicial Council of California
RA-010 [New January 1, 2022]

### NOTICE OF REMOTE APPEARANCE

Code of Civil Procedure, § 367.75;
Cal. Rules of Court, rule 3.672
*www.courts.ca.gov*

EXHIBIT "N" - Page 49

RA-010

| | | |
|---|---|---|
| PLAINTIFF: | Lorena Velazquez | CASE NUMBER: |
| DEFENDANT: | Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

5. [ X ]  I agree to keep the proceeding confidential to the same extent as would be required if I were appearing in person.

Date:  November 3, 2022

Allen Theweny, Esq.
_____
(TYPE OR PRINT NAME)

▶ *Allen Theweny* (SIGNATURE)

## Notice to Other Parties

Anyone intending to appear remotely must provide notice to all other parties by the deadlines stated in Cal. Rules of Court, rule 3.672, and described on the next page. Notice may be provided orally, electronically, or by giving the other parties this form in a way to ensure it is received by the applicable deadline. The party must tell the court this was done either by filing a proof of service (this may be done on forms POS-040 or POS-050 for electronic service) or by completing and signing the declaration below.

## Declaration of Notice

I gave notice that I intend to appear remotely to the other parties or persons entitled to receive notice in this case as stated below.
*Complete one item below for each person notice was given to, and enter one of the following options for "Method of notice" in c.*

- **Mail**: By mailing them a copy of this form (write the mailing address in d.)
- **Overnight delivery**: By having a copy of this form delivered overnight (write the delivery address in d.)
- **Electronic notice**: By e-mail or text message (write the e-mail or phone number in d.)
- **Phone**: By telling them over the telephone or leaving them voice mail (write the phone number in d.), or
- **In person**: By giving them a copy of this form in person, or by telling them orally in person (write the address in d.)

1. [ ] Plaintiff/Petitioner
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

2. [ X ] Attorney for:  Plaintiff Lorena Velazquez
   a. Name: Justin Farahi, Esq.
   b. Date of notice: November 3, 2022
   c. Method of notice: E-service per mutual agreement
   d. Address (mailing, in-person, or email) or phone number:
   justin@farahilaw.com; harold@farahilaw.com; jacqueline@farahilaw.com
   kristoffer@farahilaw.com

3. [ ] Defendant/Respondent
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

4. [ ] Attorney for:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) phone number:

5. [ ] Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

6. [ ] Attorney for:
   a. Name:
   b. Date of notice
   c. Method of notice
   d. Address (mailing, in-person, or email) phone number:

7. [ ] Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

7. [ ] Other *(specify)*:
   a. Name:
   b. Date of notice:
   c. Method of notice:
   d. Address (mailing, in-person, or email) or phone number:

[ ]  If more people were given notice, check here, attach form MC-025, titled as Attachment Notice, and add the information about how and when notice was given to each person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 3, 2022

Sharon B. Palmer
_____
(TYPE OR PRINT NAME)

▶ *Sharon B Palmer* (SIGNATURE)

**NOTICE OF REMOTE APPEARANCE**

EXHIBIT "N" - Page 50

1  Justin Farahi (SBN 298086)
   **FARAHI LAW FIRM, APC**
2  12079 Jefferson Boulevard
3  Los Angeles, California 90230
   Telephone No. (310) 774-4500
4  Fax No. (424) 295-0557

5  Attorney for Plaintiff
   Lorena Velazquez
6

7           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8            **COUNTY OF SAN DIEGO – CENTRAL DIVISION**

9

10    Lorena Velazquez, an Individual,         Case No.: 37-2022-00021526-CU-PO-CTL

11                              Plaintiff,

12             vs.
                                               **NOTICE OF POSTING JURY FEES ON
13 WALMART INC., a Delaware Corporation.       BEHALF OF PLAINTIFF LORENA
   PROTEA PROPERTIES, LLC, a Delaware          VELAZQUEZ**
   Corporation; WAL-MART REAL ESTATE
14 BUSINESS TRUST, previously sued as Doe
   number 1, and DOES 1 through 50, Inclusive,
15
                                Defendants.
16

17          PLEASE TAKE NOTICE that plaintiff, LORENA VELAZQUEZ posted the statutory deposit

18 for jury fees in the sum of $150.00 to the Superior Court of California, County of San Diego, pursuant

19 to Code of Civil Procedure section 631 (b).

20 Dated: November 3, 2022

21
                                               FARAHI LAW FIRM, APC
22                                             By:

23

                                               **JUSTIN FARAHI, ESQ.**
24                                             Attorney for Plaintiff
                                               Lorena Velazquez
25

26

27

28

                                    - 1 -
                        NOTICE OF POSTING JURY FEES

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years, and not a party to this action.  My business address is 12079 Jefferson Boulevard, Los Angeles, California 90230
.

On November 3, 2022, I served the following document or documents:

**PLAINTIFF'S NOTICE OF POSTING JURY FEES**

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which is printed out, is attached.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed below (specify one):

☐ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practices for collecting and processing correspondence for mailing. On the same day, that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, the delivery was made to the attorney or at the attorney's office by leaving all the documents in an envelope or package that was clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒ **By e-mail or electronic transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person

at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### SERVICE LIST

| | |
|---|---|
| | Defendant<br>Protea Properties, LLC, a Delaware Corporation |
| Rosie Preciado<br>Assistant to Howard Schachat<br>3262 Holiday Court – Suite 100<br>La Jolla, California 92037<br>Office:  858.457.5593 ext 111<br>Email:  rpreciado@proteaproperties.com | |
| Andrew N. Kohn, Esq., SBN 166385<br>Allen Theweny, Esq., SBN 326032<br>PETTIT KOHN INGRASSIA LUTZ &<br>DOLIN PC<br>11622 El Camino Real, Suite 300<br>San Diego, California 92130-2051<br>Tel: (858) 755-8500<br>Fax: (858) 755-8504<br>Email:<br>akohn@pettitkohn.com<br>atheweny@pettitkohn.com | Attorneys for Defendant<br>WALMART INC.<br>and<br>Wal-Mart Real Estate Business Trust<br>previously sued as DOE number 1 |

☒	(State)	I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐	(Federal)	I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Executed on November 3, 2022, at Los Angeles, California

_____

Alice Ventura

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Justin Farahi, Esq. (SBN 298086) Farahi Law Firm, APC
12079 Jefferson Boulevard, Los Angeles, CA 90239
TELEPHONE NO.: (310) 774-4500   FAX NO. *(Optional):* (424) 295-0557
E-MAIL ADDRESS *(Optional):* justin@farahilaw.com
ATTORNEY FOR *(Name):* Plaintiff Lorena Velazquez

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/04/2022** at 07:50:00 PM

Clerk of the Superior Court
By Mariejo Guyot, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92130
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Lorena Velazquez

DEFENDANT/RESPONDENT: Walmart Inc., et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 37-2022-00021526-CU-PO-CTL |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:

   a. (1) [  ] With prejudice   (2) [X] Without prejudice

   b. (1) [X] Complaint   (2) [  ] Petition

     (3) [  ] Cross-complaint filed by *(name):*          on *(date):*

     (4) [  ] Cross-complaint filed by *(name):*          on *(date):*

     (5) [  ] Entire action of all parties and all causes of action

     (6) [X] Other *(specify):** As to Defendant PROTEA PROPERTIES, LLC.

2. *(Complete in all cases except family law cases.)*

   The court [  ] did [X] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: November 3, 2022

Justin Farahi, Esq.

| (TYPE OR PRINT NAME OF [x] ATTORNEY [  ] PARTY WITHOUT ATTORNEY) | (SIGNATURE) |
|---|---|

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner    [  ] Defendant/Respondent
[  ] Cross−Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

   Date:

| (TYPE OR PRINT NAME OF [  ] ATTORNEY [  ] PARTY WITHOUT ATTORNEY) | (SIGNATURE) |
|---|---|

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[  ] Plaintiff/Petitioner    [  ] Defendant/Respondent
[  ] Cross−Complainant

*(To be completed by clerk)*

4. [  ] Dismissal entered as requested on *(date):*

5. [✔] Dismissal entered on *(date):* 11/04/2022    as to only *(name):* Protea Properties LLC

6. [  ] Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. [✔] Attorney or party without attorney notified on *(date):* 11/07/2022

   b. [  ] Attorney or party without attorney not notified. Filing party failed to provide

     [  ] a copy to be conformed [  ] means to return conformed copy

Date: 11/07/2022

Clerk, by _____ M. Guyot , Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>*www.courts.ca.gov* |
|---|---|---|

EXHIBIT "P" - Page 54          LexisNexis® Automated California Judicial Council Forms

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is (*check one below*):
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. (*If item 2c is checked, item 3 must be completed.*)

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

EXHIBIT "P" - Page 55

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Justin Farahi, Esq. (SBN 298086) Farahi Law Firm, APC<br>12079 Jefferson Boulevard, Los Angeles, CA 90239<br>TELEPHONE NO.: (310) 774-4500   FAX NO. *(Optional):* (424) 295-0557<br>E-MAIL ADDRESS *(Optional):* justin@farahilaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Lorena Velazquez | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**11/07/2022** at 08:00:00 AM<br><br>Clerk of the Superior Court<br>By Mariejo Guyot,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92130
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER:  Lorena Velazquez

DEFENDANT/RESPONDENT:  Walmart Inc., et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: 37-2022-00021526-CU-PO-CTL |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☒ Complaint   (2) ☐ Petition
   (3) ☐ Cross-complaint filed by *(name):*                   on *(date):*
   (4) ☐ Cross-complaint filed by *(name):*                   on *(date):*
   (5) ☐ Entire action of all parties and all causes of action
   (6) ☒ Other *(specify):** As to Defendant Wal-Mart Real Estate Business Trust only.

2. *(Complete in all cases except family law cases.)*
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: November 3, 2022

Justin Farahi, Esq.
.................................................................
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                               ▶                        (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner          ☐ Defendant/Respondent
☐ Cross–Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

.................................................................
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                               ▶                        (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner          ☐ Defendant/Respondent
☐ Cross–Complainant

*(To be completed by clerk)*

4. ☐ Dismissal entered as requested on *(date):*

5. ☑ Dismissal entered on *(date):* 11/07/2022       as to only *(name):* Wal-Mart Real Estate Business

6. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. ☑ Attorney or party without attorney notified on *(date):* 11/07/2022
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to be conformed   ☐ means to return conformed copy

Date: 11/07/2022                    Clerk, by _____  M. Guyot  , Deputy

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390<br>*www.courts.ca.gov* |
|---|---|---|

EXHIBIT "Q" - Page 56                    *LexisNexis® Automated California Judicial Council Forms*

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: Lorena Velazquez | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Walmart Inc., et al. | 37-2022-00021526-CU-PO-CTL |

---

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

---

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐   not recovering anything of value by this action.
   b. ☐   recovering less than $10,000 in value by this action.
   c. ☐   recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐   All court fees and court costs that were waived in this action have been paid to the court *(check one):*   ☐ Yes   ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ▶  _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                              (SIGNATURE)

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

**MINUTE ORDER**

DATE: 11/18/2022                    TIME: 09:30:00 AM          DEPT:  C-64

JUDICIAL OFFICER PRESIDING: John S. Meyer
CLERK:  Herlinda Chavarin
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT:  S. Raisch

CASE NO: **37-2022-00021526-CU-PO-CTL**  CASE INIT.DATE: 06/06/2022
CASE TITLE: **VELAZQUEZ vs Walmart Inc [IMAGED]**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

---

**EVENT TYPE**: Civil Case Management Conference
MOVING PARTY: LORENA VELAZQUEZ
CAUSAL DOCUMENT/DATE FILED: Complaint, 06/06/2022

---

**APPEARANCES**
Hardip Passananti, counsel, present for Plaintiff(s) via remote audio conference.
Allen S Theweny, counsel, present for Defendant(s) via remote video conference.

---

**CASE MANAGEMENT CONFERENCE:**

Pursuant to California Rules of Court 3.714, the Court, after having met and conferred with counsel, categorizes this case as one that will be disposed of within 18 months.

The Civil Jury Trial is scheduled for 10/20/2023 at 09:00AM before Judge John S. Meyer.

The Trial Readiness Conference (Civil) is scheduled for 10/06/2023 at 08:30AM before Judge John S. Meyer.

All Motions and Discovery are to be completed 9/22/23. Motion for Summary Judgment / Summary Adjudication will be heard pursuant to code.  First expert exchange to be completed by 7/21/23.  Second expert exchange to be completed by 8/4/23.  Posting of jury fees is pursuant to code.

Parties waive notice.

---

EXHIBIT "R" - Page 58